# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01381-RPM-MEH

KISA GIVANS,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC, a Delaware limited liability company,

    Defendant.
_____

## ORDER DISMISSING CASE WITH PREJUDICE
_____

    THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises,

    DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                                            BY THE COURT:

July 6th, 2011                                s/Richard P. Matsch
_____                 _____
DATE                                        U.S. DISTRICT JUDGE